**Order entered September 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00238-CV

## BRIAN POTASHNIK, SOUTHWEST HOUSING DEVELOPMENT COMPANY, INC., SOUTHWEST HOUSING MANAGEMENT CORPORATION, INC. A/K/A AND D/B/A SOUTHWEST HOUSING MANAGEMENT COMPANY, INC., AND AFFORDABLE HOUSING CONSTRUCTION, INC., Appellants

## V.

## JEFFREY W. CARPENTER, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-08-02072-E**

### ORDER
Before Justices Partida-Kipness, Nowell, and Evans

Before the Court is appellee's September 16, 2020 motion to amend our August 27, 2020 judgment to include judgment against surety, U.S. Specialty Insurance Company in the amount of $214,625.00 as reflected in the supersedeas bond for Brian Potashnik, Southwest Housing Development Company, Inc. and Affordable Housing Construction, Inc. We take judicial notice of the supersedeas

bond in the related mandamus file, *In re Brian Potashnik*, No. 05-19-01188-CV, and **GRANT** the motion. *See* TEX. R. APP. P. 43.5 (when court of appeals affirms trial court judgment, it must render judgment against surety on appellant's supersedeas bond for performance of judgment and for costs taxed against appellant).

We **VACATE** our August 27, 2020 judgment and will issue a new judgment in accordance with our August 27, 2020 opinion and this order.

/s/    DAVID EVANS
       JUSTICE